SYLVIA SMITH (Alias SMIGGER), Petitioner, Respondent, v. HARRY SMITH (Alias SMIGGER), Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS PERR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE HARRIS, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FLORA DAVIS and EDWARD DAVIS, Respondents, v. RUTH K. FINKELSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PAUL P. TRAVERS, Respondent, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALICE HUGHES, Respondent, v. FABERGE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX SCHECHTER, Respondent, v. JACK DEITCH, Defendant, Impleaded with STANDARD WINE & LIQUOR INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Transfer Tax upon the Estate of McCOSKRY BUTT, Deceased. CHEMICAL BANK & TRUST COMPANY, as Trustee under the Last Will and Testament of McCOSKRY BUTT, Deceased, Appellant; STATE TAX COMMISSION, Respondent.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [165 Misc. 734.]

WILLIAM H. CORUM, Appellant, v. DELL PUBLISHING COMPANY, INC., and Others, Respondents.— Order unanimously modified by striking out the first separate and complete defense, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOLOMON FERTIG, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.